

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00190-CR

**CHARLES JORDAN, JR.,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

---

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. 19439**

---

## MEMORANDUM  OPINION

---

Charles Jordan was convicted of Fraudulent Use or Possession of Identifying Information and placed on community supervision.  TEX. PENAL CODE ANN. § 32.51 (Vernon Supp. 2009).   After pleading true to five violations, Jordan's community supervision was revoked.  He was sentenced to five years in prison.   By letter, the Clerk of this Court notified Jordan that his appeal was subject to dismissal because the notice of appeal was untimely.  The notice of appeal was due on May 3, 2010.  TEX. R. APP. P. 26.2(a)(1).  It was not filed until May 19, 2010.  Postal information sent with the notice of appeal indicated that it was initially sent to the Third Court of Appeals, which then

forwarded it to this Court. The Clerk also warned Jordan that the Court would dismiss his appeal unless, within 21 days of the date of this letter, a response was filed showing grounds for continuing the appeal.

No response has been filed. Accordingly, this appeal is dismissed. *See id*.; 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed July 7, 2010
Do not publish
[CR25]